**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02561-CMA

DE'ON WAYNEWOOD,

    Applicant,

v.

COLORADO DEPARTMENT OF CORRECTIONS-ADULT PAROLE,

    Respondent.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order on Application for Writ of Habeas Corpus of Judge Christine M. Arguello entered on May 7, 2014 it is

ORDERED that the amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. # 5) is GRANTED.

IT IS FURTHER ORDERED that Respondent forthwith, but no later than ten business days after the date of this order, shall recalculate Mr. Waynewood's sentence without reference to Colo. Rev. Stat. § 17-22.5-403(6).

Dated at Denver, Colorado this 8th day of May, 2014.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By:  s/   Sandra Hartmann

                                      Sandra Hartmann  
                                      Deputy Clerk